IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRITT HAWKER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]<br><br>　　　　　　　Defendant. | **REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:16-cv-00296-CW-EJF<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

On April 14, 2016, Plaintiff Britt Hawker filed her Complaint to appeal the Commissioner of Social Security's December 29, 2015 decision that she was not disabled prior to March 30, 2014. (ECF No. 3.) On September 6, 2016, Judge Waddoups referred the case to Magistrate Judge Furse under 28 U.S.C. § 636(b)(1)(B). (ECF No. 17.)

On December 28, 2016, Judge Furse issued an Order to Show Cause directing Ms. Hawker to "respond in writing no later than January 17, 2017 and inform the Court as to the status of the case and Plaintiff's intentions to proceed. Failure to do so will result in dismissal of the Complaint." (ECF No. 18.) Ms. Hawker did not respond to this Court's Order to Show Cause by January 17, 2017. Ms. Hawker has not responded to the Order to Show Cause as of the date of this Report and Recommendation.

Federal Rule of Civil Procedure 41(b) states: "If the plaintiff fails to prosecute or to

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for former Acting Commissioner Carolyn W. Colvin as the Defendant in this suit.

comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). Further, District of Utah's local rule 41-2 provides

> "[t]he court may issue at any time an order to show cause why a case should not be dismissed for lack of prosecution. If good cause is not shown within the time prescribed by the order to show cause, the court may enter an order of dismissal with or without prejudice, as the court deems proper."

DUCivR 41-2; see also United States v. Williams, 790 F.3d 1059, 1069 (10th Cir. 2015) (recognizing court's inherent equitable power to sua sponte dismiss for failure to prosecute); Petty v. Manpower, Inc., 591 F.2d 615, 617 (10th Cir. 1979) (affirming district court's dismissal of pro se complaint for failure to prosecute). Here, Ms. Hawker has failed to prosecute this case and respond to the Court's Order. Accordingly, the undersigned RECOMMENDS the District Court dismiss Ms. Hawker's Complaint for failure to respond to this Court's Order to Show Cause and failure to prosecute her case.

    The Court will send copies of this Report and Recommendation to the parties and hereby notifies them of their right to object to the same. The Court further notifies the parties that they must file any objection to this Report and Recommendation with the clerk of the court, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), within fourteen (14) days of service thereof. Failure to file objections may constitute waiver of objections upon subsequent review.

    DATED this 7th day of July, 2017.

BY THE COURT:

*(signature)*
EVELYN J. FURSE
United States Magistrate Judge