IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BRITT HAWKER,<br><br>      Plaintiff,<br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>      Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-296-CW-EJF<br><br>Judge Clark Waddoups<br>Magistrate Judge Evelyn J. Furse |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B). On July 7, 2017, Judge Furse issued a Report and Recommendation recommending that the case be dismissed for failure to prosecute. (Dkt. No. 19.) As Judge Furse notes, Plaintiff Britt Hawker failed to respond to Judge Furse's Order to Show Cause, issued December 29, 2016, directing Ms. Hawker to inform the court as to the status of the case and Ms. Hawker's intentions to proceed no later than January 17, 2017. (Dkt. No. 18.) The Order to Show Cause advised Ms. Hawker that failure to respond "will result in dismissal of the Complaint." (*Id.*)

      To date, Ms. Hawker has not responded. Over seven months have passed since Judge Furse issued the Order to Show Cause and nearly a full year has passed since the Commissioner filed the Administrative Record in this case. (*See* Dkt. Nos. 10 & 18.)

      Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has expired. Therefore, the court **ADOPTS** the Report and Recommendation as the findings and conclusions of the court, (Dkt. No. 19), and **DISMISSES** this case without prejudice for failure to prosecute.

SO ORDERED this 11th day of August, 2017.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge